# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:25-cv-456-KDB-DCK

**JAN FRAZIER,**

      **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC AND BANK OF**
**AMERICA, N.A.**

      **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff JAN FRAZIER ("Mr. Frazier"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Frazier and EQUIFAX INFORMATION SERVICES, LLC. ***ONLY***. Mr. Frazier and EQUIFAX INFORMATION SERVICES, LLC ***ONLY*** are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Frazier and EQUIFAX INFORMATION SERVICES, LLC ***ONLY*** shall timely file the proper form of dismissal with the Court.

Dated:   March 25, 2026          Respectfully submitted,

                      **JAN FRAZIER,**

                   /s/ *Leonard A. Bennett*
                   Leonard A. Bennett, VSB # 37523
                   CONSUMER LITIGATION ASSOCIATES, P.C.
                   763 J. Clyde Morris
                   Blvd., Suite 1A
                   Newport News, VA 23601
                   757-930-3660
                   Fax: 757-930-3662
                   Email: lenbennett@clalegal.com

                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com