JAN FRAZIER,

     **Plaintiff,**

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC AND BANK OF
AMERICA, N.A.

     **Defendants.**

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, **JAN FRAZIER** ("Plaintiff") and Defendant, **EQUIFAX INFORMATION SERVICES, LLC,** ("EQUIFAX") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against EQUIFAX, in the above styled action, with Plaintiff and EQUIFAX to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this 24th day of April, 2026.

DATED:  April 24, 2026

/s/ Mark C. Leffler
Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*

By: *Vincent M. Smolczynski*
Vincent Mark Smolczynski
Seyfarth Shaw LLP
300 South Tryon Street,
Suite 400
Charlotte, NC 28202
904-725-6043
Email: vsmolczynski@seyfarth.com
*Counsel for Equifax Information Services, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/  Mark C. Leffler*
Mark C. Leffler

*Counsel for Plaintiff*